John Neenan, appellant, v. Calumet and South Chicago Railway Company et al., trading as Chicago Surface Lines, appellees. Gen. No. 27,244.

Action for personal injuries received in a collision between defendants' street car and a horse and wagon driven by plaintiff. Judgment for defendants on a directed verdict. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed and remanded. Opinion filed November 29, 1922.

Poulton & Green, for appellant; John J. Poulton, of counsel. Charles C. Cunningham and Watson J. Ferry, for appellees; W. W. Gurley and J. R. Guilliams, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Katherine Griffith, appellee, v. Edward Kelly, appellant. Gen. No. 27,346.

Bastardy proceedings. Judgment finding that defendant is the father of the child and for payment by him of maintenance money. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed November 29, 1922. Rehearing denied December 13, 1922.

Pollard, Jackson & Johnson, for appellant. Robert E. Crowe, for appellee; Edward E. Wilson, Clyde C. Fisher and Alva Bates, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Jacob A. Lewitz, appellee, v. United States Fidelity & Guaranty Company, appellant. Gen. No. 27,585.

Action upon policies of burglary insurance. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed December 5, 1922. Rehearing denied December 18, 1922.

Judah, Willard, Wolf & Reichmann, for appellant. John A. Bloomingston, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Charles Guhl & Brother, appellant, v. Chicago, Racine & Milwaukee Line, appellee. Gen. No. 27,636.

Action against defendant as a common carrier for failure to deliver a shipment of strawberries within a reasonable time. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed December 5, 1922.

Blum, Wolfsohn & Blum, for appellant; J. V. Delaney, of counsel. C. E. Kremer and Robert Branard, Jr., for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Armour & Company, appellee, v. David Rosenheim, appellant. Gen. No. 27,695.

Action for a balance due on the purchase price of cheese. Judg-